**No. 49690.**—Protest 933601–G of American Straw Goods Co. (New York).

Opinion by TILSON, J. The record showed that certain of the items consist of hats composed of manila hemp or ramie and cellophane, similar to those involved in *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218) and Abstract 47291. In accordance therewith the claim at 25 percent ad valorem under paragraph 1504 (b) (1) was sustained.

**No. 49691.**—Protests 56808–K, etc., of International Hat Co. et al. (St. Louis).

Opinion by TILSON, J. The testimony definitely showed that certain of the items are not bleached. In accordance therewith those items described on the invoice as "Hinoki," "Paribuntal," "Sisal Hemp," or "Toquilla Fiber," with or without qualifying words or numerals, were held dutiable at only 25 percent under paragraph 1504 (b) (1), as claimed.

BEFORE THE THIRD DIVISION, SEPTEMBER 1, 1944

**No. 49692.**—Protests 720790–G, etc., of Giacomo Foti, Inc., et al. (Philadelphia).

Opinion by KEEFE, J. It was stipulated that the cheese in question is similar in all material respects to the Reggiano cheese the subject of *Locatelli* v. *United States* (T. D. 49389), which record was incorporated herein. The protests were therefore sustained.

**No. 49693.**—Protests 24851–K, etc., of Vincent Marano et al. (Philadelphia).

Opinion by KEEFE, J. In accordance with stipulation of counsel and cited cases, the records in which were incorporated herein, the following allowances were made by the court to compensate for foreign substances on the outside of certain cheese: (1) 2½ percent for cheese similar in all material respects to Pecorino Romano and Pecorino Romano Sardo cheese the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and *Locatelli* v. *United States* (T. D. 48284) and (2) 1 percent for Reggiano cheese similar in all material respects to that the subject of *Locatelli* v. *United States* (T. D. 49389).

**No. 49694.**—Protests 72393–K, etc., of F. Lester Kittle, Inc. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel sole crepe rubber similar to that the subject of *United States* v. *F. Lester Kittle, Inc.* (31 C. C. P. A. 233. C. A. D. (276 was held entitled to free entry as claimed.